USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JENISA ANGELES, on behalf of herself and all : 
others similarly situated, :
: 1:21-cv-4968-GHW
Plaintiff, :
: ORDER
-v - :
:
THE BOOK PEOPLE INC., :
:
Defendant. :
X
------------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

    Plaintiffs September 6, 2021 request to adjourn the initial pretrial conference, Dkt. No. 8, is granted.  The initial pretrial conference scheduled for September 24, 2021 is adjourned *sine die*.  The Court expects Plaintiff to file an application for an order to show cause regarding default judgment no later than October 15, 2021.  Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

    SO ORDERED.

Dated: September 15, 2021
       New York, New York

                                                            GREGORY H. WOODS
                                                            United States District Judge